Case 08-72240   Doc 29   Filed 09/30/08   Entered 09/30/08 15:42:11   Desc Main
Document       Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PAUL J. WITT & LYNN A. WITT  
8414 RUSSELL STREET  
CARY, IL  60013

Case Number: 08-72240

SSN-xxx-xx-8431 & xxx-xx-9215

Case filed on: 7/17/2008  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BOHLMAN LAW OFFICES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PAUL J. WITT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMC | 20,000.00 | 20,000.00 | 0.00 | 0.00 |
|  | Total Secured | 20,000.00 | 20,000.00 | 0.00 | 0.00 |
| 002 | CAP 1 BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CENTEGRA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CENTEGRA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CRDTONEBNK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS COLLECTION BUREAU | 1,088.37 | 43.53 | 0.00 | 0.00 |
| 007 | CREDITORS INTERCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 310.82 | 12.43 | 0.00 | 0.00 |
| 010 | PREMIER BANKCARD/CHARTER | 333.20 | 13.33 | 0.00 | 0.00 |
| 011 | GEMB/EXXON | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | H & R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HARRIS & HARRIS, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HARVARD COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HARVARD COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HFC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ILLINOIS PAIN CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NORTH SHORE ONCOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NORTHERN ILLINOIS MEDICAL CENTER | 2,240.13 | 89.61 | 0.00 | 0.00 |
| 021 | PROVENA MERCY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SURGICAL ASSOC OF FOX VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TOYOTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | TOYOTA MTR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,972.52 | 158.90 | 0.00 | 0.00 |
|  | Grand Total: | 23,972.52 | 20,158.90 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00  
Trustee Allowance:         $0.00  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008            By  /s/Heather M. Fagan